**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHELLY ANN DATO,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**DEBORAH JACQUEZ,** )<br>)<br>Respondent. )<br>_____ ) | **CV F 05-0404 AWI WMW HC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. 5] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

    On May 25, 2005, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty days of the date of service of the order. Over thirty days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has

conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 25, 2005, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED for failure to prosecute;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   September 14, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE